

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SLT:GMP | *271 Cadman Plaza East* |
| F.# 2010R01661 | *Brooklyn, New York 11201* |
| | August 26, 2013 |

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

       Re:  United States  v. Martino Cekaj
           Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

        The government respectfully submits this letter pursuant to the Court's August 21, 2013 Order directing the government to respond to the request by the defendant in the above-captioned matter for a Fatico hearing concerning paragraphs 51 to 54 of his Presentence Investigation Report ("PSR").  The parties are in discussions concerning the resolution of the factual dispute that may obviate the need for a Fatico hearing. The government therefore respectfully requests, with the defendant's consent, additional time to advise the Court concerning its position regarding a Fatico hearing.

              Very truly yours,

              LORETTA E. LYNCH
              United States Attorney
              Eastern District of New York

By:   /s/
              Steven L. Tiscione
              Gina M. Parlovecchio
              Assistant U.S. Attorneys
              (718) 254-6317/6228

cc: Clerk of the Court (By ECF)
    Nicholas Pinto, Esq. (By ECF)