

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

SLT:GMP
F.# 2010R01661

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 5, 2013

By Hand Delivery and ECF

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

        Re:  United States v. Martino Cekaj
             Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

      The government respectfully submits this letter pursuant to the Court's August 27, 2013 Order directing the government to respond to the request by the defendant in the above-captioned matter for a *Fatico* hearing concerning paragraphs 51 to 54 of his Presentence Investigation Report ("PSR"). The government has had multiple discussions with defense counsel in an attempt to resolve this factual dispute without the need for a *Fatico* hearing. While these discussions have progressed, a final resolution has not yet been reached because of the need for the defendant and his counsel to consult with two co-defendants who are similarly situated. I have been informed by counsel for defendant Cekaj that a co-defendant meeting is scheduled for next week. The parties are hopefull that this meeting and continued discussions may resolve not just the *Fatico* issue as to defendant Cekaj, but as to his two co-defendants as well.

      Accordingly, the government respectfully requests that the sentencing date for defendant Cekaj currently scheduled for September 20, 2013 be converted into a status conference, at which time the parties will advise the Court whether a resolution

has been reached or, alternatively, schedule a mutually convenient date for a <u>Fatico</u> hearing.  Defense counsel consents to this request.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                United States Attorney
                                Eastern District of New York

                    By:   /s/
                                Steven L. Tiscione
                                Gina M. Parlovecchio
                                Assistant U.S. Attorneys
                                (718) 254-6317/6228

cc:  Clerk of the Court (By ECF)
     Nicholas Pinto, Esq. (By ECF)