

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT
F.#2011R01661/NY-NYE-648Z

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 10, 2013

By Hand and ECF
The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Fatmir Mehmeti,
>      Martino Cekaj and Robert Rudaj
>      Criminal Docket No. 11-486 (S-1)(DLI)

Dear Judge Irizarry:

The government respectfully submits this letter to advise the Court that the parties have reached a tentative agreement and that a Fatico hearing will not be necessary concerning disputed portions of the Presentence Investigation Reports in the above-captioned matters.  Once the final agreement has been completed, the government will advise the Court so that sentencing may proceed against all three defendants.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:  /s/
Steven L. Tiscione
Gina M. Parlovecchio
Assistant U.S. Attorneys
(718) 254-6317/6228

cc:  Alan Futerfas, Esq. (by ECF)
     Ellen Resnik, Esq. (by ECF)
     Seth Ginsberg, Esq. (by ECF)
     Nicholas Pinto, Esq. (by ECF)
     Clerk of Court (DLI) (by ECF)